# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
## OWENSBORO DIVISION

IN RE:

| | |
|---|---|
| ADAM W. MEFFORD | CASE NO. 07-41324 |
| SAMANTHA D. MEFFORD | |
| **Debtors** | |
| | |
| ROBERTA. DUNLAP, TRUSTEE | A. P. NO. 08-4040 |
| **Plaintiff** | |
| vs. | |
| CHRIS MEFFORD | |
| JAMIE JO MEFFORD | |
| **Defendants** | |

## AGREED ORDER OF SETTLEMENT

Comes now the Plaintiff, by counsel, and Defendant, by counsel, and advise the Court that they have reached a settlement in the above-styled action. The Defendant, Chris Mefford has agreed that in consideration of the dismissal of this action with prejudice that he shall pay to the Plaintiff $2,900.00, payable within thirty (30) days of entry of this Order of Dismissal, each party to bear its own It is therefore ORDERED:

1. Defendant, Chris Mefford, shall, with thirty days from the date of this order, pay Plaintiff, Roberta Dunlap, the sum of $2,900.00.

2. This matter is hereby dismissed with prejudice, each party to bear its own costs.

PREPARED BY:                                          HAVE SEEN AND AGREED TO:

/s/ Russ Wilkey                                       /s/ Roberta S. Dunlap
Russ Wilkey                                           Roberta S. Dunlap, Trustee
111 West Second Street                                123 N.W. Fourth St.
Owensboro KY 42303                                    Evansville, IN 47708
(270) 685-6000                                        (812) 434 4877
Attorney for Defendnat                                          Attorney for Plaintiff, Trustee